UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

IN RE:                              )
Robert Crawford                     )       CASE NO. 10-80397
                                    )       CHAPTER 7
        Debtor                      )
_____

NOTICE OF DEBTOR'S RESCISSION OF REAFFIRMATION AGREEMENT
WITH GMAC

COMES NOW the Debtor, Robert Crawford, by and through counsel, and for his Notice of Recission of Reaffirmation Agreement, states as follows:

    1. Debtor herein executed a reaffirmation agreement with GMAC for account number ending in 3275, which was filed with the Court on April 20, 2010.

    2. Debtor, pursuant to 11 U.S.C. §524(c)(4), hereby gives Notice that he rescinds such reaffirmation agreement referred to in paragraph 1 hereinabove.

    3. This notice has been sent to GMAC by mailing same to the address found within the Reaffirmation Agreement, P.O. Box 130424, Roseville, MN 55113, and to GMAC's attorney of record, Pamela Keenan, 2418 Blue Ridge Road, Suite 200 Raleigh, North Carolina 27607.

DATED: May 26, 2010                 /s/ Sheree Cameron
                                    Sheree Cameron
                                    Attorney for the Debtor
                                    NC State Bar No: 31432
                                    5408 Massengill Court
                                    Garner, North Carolina 27529
                                    Tel: 919-342-6509

## CERTIFICATE OF SERVICE

Sheree Cameron, attorney for the debtor, hereby certifies to the Court as follows:
1. I am not a party for the foregoing proceeding;
2. I am not less than 18 years of age;
3. I have this day served a copy of the foregoing **NOTICE OF DEBTOR'S RESCISSION OF REAFFIRMATION AGREEMENT WITH GMAC** on all parties in interest by placing the same in an envelope, first-class mail, postage prepaid, addressed to each person at his dwelling house or usual place of abode or to the place where he regularly conducts his business or profession as follows:

Robert Crawford
2100 Courtney Creek Blvd. #514
Durham, NC 27713

GMAC                                                                *via certified mail*
P.O. Box 130424
Roseville, MN 55113

Pamela Keenan                                                       *via certified mail*
Kirschbaum, Nanney, Keenan & Griffin, P.A.
2418 Blue Ridge Road, Suite 200
Raleigh, North Carolina 27607

**And via the Court's Electronic Case Filing System to:**

Sara A. Conti
Trustee
P.O. Box 939
Carrboro, NC 27510

Office of the Bankruptcy Administrator
P.O. Box 1828
Greensboro
NC 27402

4. To the best of my knowledge, information and belief, the parties in interest are not infants or incompetent persons;
5. Service as outlined herein was made within the United States of America.

Dated this the 26th day of May, 2010.

/s/ Sheree Cameron
Sheree Cameron
Attorney for the Debtor
NC State Bar No: 31432
5408 Massengill Court
Garner, North Carolina 27529
Tel: 919-342-6509
Fax: 866.851.2599